# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150486

NAZHAT BAHRI,
            Plaintiff-Appellant,

and

DR. LABEED NOURI and DR. NAZIH
ISKANDER,
            Intervening Plaintiffs-Appellants,

v                                                    SC: 150486
                                                     COA: 316869
                                                     Wayne CC: 12-007617-NF

IDS PROPERTY CASUALTY INSURANCE
COMPANY,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the October 9, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

d0909